

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-F-045-JPK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE
COMPANY, a/s/o V.R. Food Equipment, Inc.,

        Case No.:

        Plaintiff,

   -against-                        **RULE 7.1 STATEMENT**

GAVA INTERNATIONAL FREIGHT S.R.L.,

        Defendant.
-----------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                   **SEE ATTACHED**

Dated: July 26, 2007

                                           _____
                                           SIGNATURE OF ATTORNEY
                                           JAMES P. KRAUZLIS

**ST. PAUL COMPANIES**
  Athena Assurance Company
  Discover Property and Casualty
  Discover Specialty Ins Co
  Fidelity & Guaranty Ins Co
  Fidelity & Guaranty Ins Undrws
  GeoVera Insurance Company
  Northbrook Prop & Cas Ins Co
  Pacific Select Property Ins Co
  St. Paul Fire & Casualty Ins
  St. Paul Fire & Marine Ins Co
  St. Paul Guardian Ins Co
  St. Paul Indemnity Ins Co
  St. Paul Insurance Company
  St. Paul Ins Co of IL
  St. Paul Insurance Co of ND
  St. Paul Medical Liab Ins Co
  St. Paul Mercury Ins Co
  St. Paul Property & Cas Ins Co
  St. Paul Surplus Lines Ins Co
  Seaboard Surety Company
  United States Fid & Guar Co
  USF&G Business Insurance Co
  USF&G Family Insurance Company
  USF&G Founders Ins Co
  USF&G Insurance Company of MS
  USF&G Insurance Company of WI
  USF&G Pacific Insurance Co
  USF&G Small Business Ins Co
  USF&G Specialty Insurance Co
  USF&G West Insurance Co
**American Continental Ins Co**
**Discover Reinsurance Co**
**Inner Harbor Reinsurance, Inc**

**TRAVELERS PC GROUP**
  Citicorp Assurance Co
  Citicorp Int'l Trade Indemnity
  First Floridian Auto & Home
  First Trenton Group

  First Trenton Indemnity Co
Gulf Insurance Group
  Atlantic Insurance Company
  Gulf Group Lloyds
  Gulf Insurance Company
  Gulf Insurance Co (UK) Ltd
  Gulf Underwriters Ins Co
  Select Insurance Company
Premier Insurance Co of MA
Red Oak Insurance Company
TravCal Indemnity Company
TravCal Secure Insurance Co
Travelers Cas & Surety of Amer
Travelers Insurance Co
Travelers PC Pool
  Auto Ins Co of Hartford
  Charter Oak Fire Ins Co
  Farmington Casualty Company
  Phoenix Insurance Company
  Standard Fire Insurance Co
  TravCo Insurance Company
  Travelers Casualty & Surety Co
  Travelers Cas & Surety Co IL
  Travelers Casualty Co of CT
  Travelers Commercial Insurance
  Travelers Excess & Surp Lines
  Travelers Home and Marine
  Travelers Indemnity Co
  Travelers Indem Co of Amer
  Travelers Indem Co of CT
  Travelers Indem Co of IL
  Travelers Indem Co of MO
  Travelers Lloyds Ins Co
  Travelers Lloyds of Texas Ins
  Travelers Personal Security
  Travelers Prop Cas Ins Co
  Travelers Prop Cas Ins Co IL
Triton Insurance Company