KARAS, S.

Vincent M. DeOrchis, Esq. (VMD-6515)
Mike T. Hallakorpi (MH-8126)
DEORCHIS, WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700



Attorneys for defendant.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
ST. PAUL FIRE & MARINE INSURANCE
COMPANY, a/s/o V.R. FOOD EQUIPMENT,
INC.,

     Plaintiff,

 - against -

GAVA INTERNATIONAL FREIGHT S.R.L.,

     Defendant.
------------------------------------------------------x

EFC CASE

07 Civ. 6864 (KMK)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER OR
OTHERWISE MOVE AS TO THE
COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Badiak & WiLL,

LLP., attorneys for Plaintiff, and DeOrchis, Wiener & Partners, LLP, attorneys for

Defendant, that the time in which defendants will appear, answer, or otherwise move with

respect to the Complaint is extended up to and including September 14, 2007.

Dated: New York, New York
   August 27, 2007

_James P. Krauzlis_
James P. Krauzlis (JK-4972)
Badiak & Will, LLP.
106 Third Street
Mineola, New York 11501-4404
(212) 376-6767
jkrauzlis@badiakwill.com
File No.: 07-F-045-JK
Attorneys for Plaintiff

_Vincent M. DeOrchis_
Vincent M. DeOrchis, Esq. (VMD-6515)
Mika T. Hallakorpi (MH-8126)
DeOrchis, Wiener & Partners, LLP.
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
mhallakorpi@marinelex.com
File No.: 2385-1
Attorneys for Defendant

SO ORDERED:

_signature_
9/4/07