Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:

U.S.DISTRICT COURT SOUTHERN COURT          NEW YORK   COUNTY
----------------------------------------------------

ST.PAUL FIRE & MARINE INSURANCE             plaintiff
COMPANY A/S/O V.R.FOOD EQUIPMENT, INC
              - against -

GAVA INTERNATIONAL FREIGHT S.R.L.           defendant

----------------------------------------------------

Index No. **07 CV 6864**

Date Filed ............

Office No. **07-F-045-JPK**

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**HOWARD HERTZFELD**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **14th  day of August, 2007**      at **10:50 AM.**,           at
   **%GAVA INTL.FREIGHT CONSOLIDATORS(USA),INC.
   230-79 INTL.APT.CTR BLVD STE 235,JAMAICA, NY 11413**
I served a true copy of the
   **SUMMONS AND COMPLAINT
   INDIVIDUAL JUDGE'S RULES OF PRACTICE**

upon **GAVA INTERNATIONAL FREIGHT S.R.L.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **MARITZA SANTOS, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
      SEX: **FEMALE**          COLOR: **WHITE**         HAIR: **BROWN**
      APP. AGE: **28**         APP. HT: **5:3**         APP. WT: **150**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
17th day of August, 2007tm


                                                  ...........................
JOEL GOLUB                                        HOWARD HERTZFELD   78037
Notary Public, State of New York                  AETNA CENTRAL JUDICIAL   SERVICES
   No.01G04751136                                 225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                        NEW YORK, NY, 10007
Commission Expires 12/31/2009                     Reference No: 3BWM55803

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

ST. PAUL FIRE & MARINE INSURANCE COMPANY
a/s/o V.R. Food Equipment, Inc.,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

GAVA INTERNATIONAL FREIGHT S.R.L.,

**07 CV 6864**

**JUDGE KARAS**

TO: (Name and address of defendant)

GAVA INTERNATIONAL FREIGHT S.R.L.
c/o Gava International Freight Consolidators (USA), Inc.
230-79 International Apt. Center Blvd., Suite 235
Jamaica, New York 11413

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 07-F-045-JK

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE   JUL 3 1 2007