BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Ref.: 07-F-045-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ST. PAUL FIRE & MARINE INSURANCE
COMPANY a/s/o V.R. Food Equipment, Inc.,
                        Plaintiff,

      -against-

GAVA INTERNATIONAL FREIGHT S.R.L.,

                        Defendant.
-------------------------------------------------------X

      07 CV 6864 (KMK)


**NOTICE OF DISMISSAL**

     **PLEASE TAKE NOTICE** that the above-entitled action is hereby discontinued and that this

Notice is filed pursuant to Rule 41(a)(1)(i) of the Rules of Civil Procedure for the United States

District Courts.

     **NO APPEARANCE HAS BEEN FILED.**

Dated: Mineola, New York
      October 19, 2007

                                    BADIAK & WILL, LLP
                                    Attorneys for Plaintiff
                                    ST. PAUL FIRE & MARINE
                                    INSURANCE COMPANY

      By:_____
                                      JAMES P. KRAUZLIS (JPK-4972)
                                    106 Third Street
                                    Mineola, New York 11501-4404
                                    (516) 877-2225
                                    Ref.: 07-F-045-JPK

**SO ORDERED**:

_____
    U.S.D.J.