BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Ref.: 07-F-045-JK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ST. PAUL FIRE & MARINE INSURANCE        07 CV 6864 (RJS)
COMPANY a/s/o V.R. Food Equipment, Inc.,
                    Plaintiff,

                                        **NOTICE OF DISMISSAL**

        -against-

GAVA INTERNATIONAL FREIGHT S.R.L.,

                    Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the above-entitled action is hereby discontinued and that this Notice is filed pursuant to Rule 41(a)(1)(i) of the Rules of Civil Procedure for the United States District Courts.

**NO APPEARANCE HAS BEEN FILED.**

Dated: Mineola, New York
       October 19, 2007

                            BADIAK & WILL, LLP
                            Attorneys for Plaintiff
                            ST. PAUL FIRE & MARINE
                            INSURANCE COMPANY

                    By: _____
                            JAMES P. KRAUZLIS (JPK-4972)
                            106 Third Street
                            Mineola, New York 11501-4404
                            (516) 877-2225
                            Ref.: 07-F-045-JPK

SO ORDERED
_____
U.S.D.J.  10/25/07